**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01385-CV

**ANTHONY LEEARTIS HALL, Appellant**

**V.**

**OBINNA CHINEMEREM NJOKU, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-02988-B**

## ORDER

We **GRANT** Charles I. Kaplan, Stella L. Dulanya, Kaplan & Associates, LLP, Jeffrey Hellberg, and David Hanschen's April 23, 2014 motion to withdraw as counsel and **DIRECT** the Clerk of the Court to remove them as counsel for appellee. The Clerk of the Court shall direct all communications to appellee to the following address:

Obinna Njoku
All-Ways Insurance Group, LLC
9035 Forest Lane, Suite 107
Dallas, Texas 75243
obie@all-waysinsurance.com

On our own motion, we **GRANT** appellee an extension of time to file his brief and **ORDER** the brief be filed no later than June 5, 2014.

/s/ ELIZABETH LANG-MIERS
JUSTICE